UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELROY PEDRO GOMEZ,

    Petitioner,

v.

WILLIAM "JOE" SULLIVAN,

    Respondent.

Case No. 19-cv-06129-SI

**JUDGMENT**

The petition for writ of habeas corpus is denied on the merits.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: October 16, 2020

_____
SUSAN ILLSTON
United States District Judge