UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELROY PEDRO GOMEZ,<br>Petitioner,<br>v.<br>WILLIAM "JOE" SULLIVAN,<br>Respondent. | Case No. 19-cv-06129-SI<br><br>**ORDER EXTENDING DEADLINE TO FILE NOTICE OF APPEAL AND DENYING CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. Nos. 22, 23 |

The *pro se* petitioner has filed a request for an extension of the deadline to file a notice of appeal from the October 16, 2020 order denying petition for writ of habeas corpus. The request is GRANTED. Docket Nos. 22, 23. Petitioner must file a notice of appeal from that order no later than **fourteen days** from the date of this order. That deadline will not be extended for any reason. *See* Fed. R. App. P. 4(a)(5)(C).

The *pro se* petitioner's request for a certificate of appealability is DENIED. Docket Nos. 22, 23. A certificate of appealability, *see* 28 U.S.C. § 2253(c), will not issue as to the October 16, 2020 order denying petition for writ of habeas corpus because this is not a case in which "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). A certificate of appealability will not issue as to the October 20, 2020 order denying appointment of counsel because this is not a case in which "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural [ruling]" in that order. *Id.* The denial of the certificate of appealability is without prejudice to petitioner seeking a certificate from the United States Court of Appeals for the Ninth Circuit. No further motions should be filed in the district court.

The record is somewhat confused as to whether attorney Such is now representing petitioner or petitioner is proceeding *pro se*. *Compare* Docket No. 18 (attorney Such listed as counsel) *with* Docket Nos. 22 and 23 (documents filed *pro se*). Out of an abundance of caution, the clerk will send a copy of this order to both petitioner (in prison) and attorney Such, as well as to counsel for respondent.

**IT IS SO ORDERED**.

Dated:  December 18, 2020

_____
SUSAN ILLSTON
United States District Judge